UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINWOOD SMITH | CIVIL ACTION |
| VERSUS | NO. 16-14048 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (3) |

## ORDER AND REASONS

The Court, having reviewed *de novo* the complaint,[1] defendant's answer,[2] plaintiff's motion for summary judgment,[3] defendant's cross motion for summary judgment,[4] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[5] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, plaintiff's motion for summary judgement is DENIED, defendant's motion for summary judgment is GRANTED, and plaintiff's case is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __20th__ day of June, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 6.
[3] R. Doc. 10.
[4] R. Doc. 12.
[5] R. Doc. 14